DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAHIR ANSARI,** individually, and **JASMINE ANSARI,** individually,
Appellants,

v.

**FLORIDA ASSET RESOLUTION GROUP, LLC,**
as assignee for Bank Atlantic,
Appellee.

No. 4D18-3078

[October 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 10-003782.

Michael A. Tessitore and Jason P. Del Rosso of Moran Kidd Lyons Johnson Garcia, P.A., Orlando, for appellants.

Eric B. Zwiebel of Emanuel & Zwiebel, PLLC, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***